IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HELEN WOTEN | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:10CV64 LG-RHW |
| | § | |
| AMERICAN NATIONAL | § | |
| INSURANCE COMPANY, ET AL. | § | DEFENDANTS |

ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte* for consideration of dismissal. The named defendant, American National Insurance Company, obtained summary judgment of Plaintiff's claims against it on October 21, 2010. (ECF No. 37)  In the Memorandum Opinion and Order, the Court noted that Plaintiff's claims against Unknown Defendants 1-10 remained.  Plaintiff was required to inform the Court in writing within 30 days of the date of the Memorandum Opinion and Order whether she intended to pursue her claims against the unknown defendants.  She was warned that her failure to do so would result in dismissal of the claims against them, without prejudice.  More than 30 days have passed, and Plaintiff has not informed the Court that she intends to pursue claims against Unknown Defendants 1-10. Accordingly, her claims against them will be dismissed without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's claims against Unknown Defendants 1-10 are **DISMISSED** without prejudice.  The Clerk of Court may close the case.

**SO ORDERED AND ADJUDGED** this the 13th day of December, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE