IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HELEN WOTEN | § | PLAINTIFF |
| | § | |
| V. | § | CAUSE NO. 1:10cv64 LG-RHW |
| | § | |
| AMERICAN NATIONAL | § | |
| INSURANCE COMPANY, d/b/a | § | |
| EDGEWATER MALL | § | DEFENDANT |

## JUDGMENT ON A JURY VERDICT

This action was tried by a jury with Judge Louis Guirola, Jr., presiding, and the jury has rendered a verdict. It is ordered that the plaintiff recover nothing, the action be dismissed on the merits, and the defendant recover its costs from the plaintiff.

**SO ORDERED AND ADJUDGED** this the 3rd day of November, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE